IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHONDA FLOURNOY, Individually and on**  **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                         No. 4:18-cv-777-BRW

**FAMILY DOLLAR SERVICES, LLC, and**  **DEFENDANTS**
**FAMILY DOLLAR STORES OF ARKANSAS, LLC**

### JOINT MOTION TO STAY LITIGATION AND COMPEL ARBITRATION

Plaintiff Shonda Flournoy and defendants Family Dollar Services, LLC and Family Dollar Stores of Arkansas, LLC ("Family Dollar") hereby submit this joint motion to stay litigation and compel arbitration, and state as follows:

1. Plaintiff was an employee of Family Dollar from approximately March through May 2018 in Hot Springs County, Arkansas.

2. During her employment, plaintiff and Family Dollar entered into a valid and binding arbitration agreement (the "Agreement") whereby the parties agreed to waive their rights to a trial in court by judge or jury and agreed to arbitrate all claims and controversies arising out of or related to plaintiff's employment with Family Dollar.

3. The Agreement further provides that plaintiff waived the right to participate in class or collective actions.

4. The Agreement is governed by the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* ("FAA").

5. On October 19, 2018, plaintiff initiated this lawsuit against Family Dollar alleging, on behalf of herself and a proposed class, violations of the Fair Labor Standards Act

and the Arkansas Minimum Wage Act, and, on behalf of herself individually, violations of the Arkansas Last Paycheck Law.

6. Plaintiff's claims fall within the scope of the Agreement.

7. Counsel for Family Dollar has communicated with counsel for Plaintiff, who has indicated that it agrees that all of plaintiff's claims fall within the scope of the Agreement and that it does not oppose staying this action and commencing arbitration for plaintiff's individual claims.

8. The following exhibits are attached and incorporated by reference:

   a. Arbitration Agreement, Exhibit 1.

WHEREFORE, the parties pray that this Court grant their joint motion to stay these proceedings, order that pursuant to the Agreement, plaintiff has waived all rights to participate in collective actions and bring any claims on behalf of a proposed class, and compel that all of plaintiff's individual claims in this action be submitted to arbitration.

        Joseph R. Falasco, Esq.
        QUATTLEBAUM, GROOMS & TULL PLLC
        111 Center Street, Suite 1900
        Little Rock, Arkansas 72201
        Telephone: (501) 379-1700
        Facsimile: (501) 379-1701
        jfalasco@qgtlaw.com

        Lindsey C. Pesek
        QUATTLEBAUM, GROOMS & TULL PLLC
        4100 Corporate Center Drive, Suite 310
        Springdale, Arkansas 72762
        Telephone: (479) 444-5200
        Facsimile: (479) 444-6647
        lpesek@qgtlaw.com

        By:/s/ Lindsey Pesek
            Joseph R. Falasco (2002163)
            Lindsey Pesek (2009209)

*Attorneys for Family Dollar Services, LLC
and Family Dollar Stores of Arkansas, LLC*
Sanford Law Firm, PLLC
One Financial Center
650 Shackleford, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com
chris@sanfordlawfirm.com

By: /s/ Josh Sanford
    Josh Sanford (2001037)
    Chris Burks (2010207)

*Attorneys for Shonda Flournoy*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November 2018, I electronically filed the foregoing with the Clerk of Court for the United States District Court, Eastern District of Arkansas, using the CM/ECF system, which shall send notification to:

Josh Sanford, Esq.
Chris Burks, Esq.
SANFORD LAW FIRM, PLLC
One Financial Center
650 Shackleford, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com
chris@sandfordlawfirm.com

/s/ Lindsey Pesek
Lindsey Pesek