IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHONDA FLOURNOY**                                                                                         **PLAINTIFF**

vs.                                               No. 4:18-cv-777-BRW

**FAMILY DOLLAR SERVICES, LLC, and**                             **DEFENDANTS**
**FAMILY DOLLAR STORES OF ARKANSAS, LLC**

## MOTION TO LIFT STAY

COMES NOW Plaintiff Shonda Flournoy and Defendants Family Dollar Services, LLC, and Family Dollar Stores of Arkansas, LLC, by and through their attorneys, and for their Motion to Lift Stay, state as follows:

1. On November 15, 2018, the Court entered an Order granting the Parties' Joint Motion to Stay Case and Compel Arbitration. *See* ECF No. 4.

2. The Court's Order granting the Parties' Joint Motion to Stay Case and Compel Arbitration further required that the Parties file a Motion to Lift Stay once the Arbitration was complete.

3. After arms-length negotiations in which Plaintiff and Defendants were both represented by counsel – and prior to filing a demand in arbitration – Plaintiff and Defendants reached a settlement agreement that resolves all claims in this lawsuit.

4. The Parties hereby request this Court lift the stay in this case so that the Parties may file their Joint Motion to Dismiss with Prejudice.

WHEREFORE, premises considered, the Parties request this Court to lift the stay in this case and grant all other necessary and proper relief.

                Respectfully submitted,

**PLAINTIFF SHONDA FLOURNOY**

SANFORD LAW FIRM, PLLC
One Financial Center,
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**FAMILY DOLLAR SERVICES, LLC, and FAMILY DOLLAR STORES OF ARKANSAS, LLC, DEFENDANTS**

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701

Joseph R. Falasco
Ark. Bar No. 2002163
jfalasco@qgtlaw.com