IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHONDA FLOURNOY**                                                                    **PLAINTIFF**

vs.                                                  No. 4:18-cv-777-BRW

**FAMILY DOLLAR SERVICES, LLC, and**                                    **DEFENDANTS**
**FAMILY DOLLAR STORES OF ARKANSAS, LLC**

## JOINT MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff Shonda Flournoy and Defendants Family Dollar Services, LLC, and Family Dollar Stores of Arkansas, LLC, by and through their attorneys, and for their Joint Motion to Dismiss with Prejudice, state as follows:

1.      On October 19, 2018, Plaintiff filed her Original Complaint – Class and Collective Action against Defendants.

2.      On November 15, 2018, the Court entered an Order granting the Parties' Joint Motion to Stay Case and Compel Arbitration.

3.      After arms-length negotiations in which Plaintiff and Defendants were both represented by counsel – and prior to filing a demand in arbitration – Plaintiff and Defendants reached a settlement agreement that resolves all claims in this lawsuit.

4.      Rule 41(a)(1)(A)(ii) allows a case to be dismissed by stipulation if signed by all parties who have appeared.

5.      Court review and approval of an FLSA settlement is unnecessary where (1) the lawsuit is not a collective action; (2) all individual plaintiffs were represented by

Page 1 of 3
Shonda Flournoy, et al. v. Family Dollar Services, LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:18-cv-777-BRW
Joint Motion to Dismiss with Prejudice

an attorney from the time of the filing of the complaint through the conclusion of subsequent settlement negotiations; and (3) all parties have indicated to the Court in writing through their attorneys that they wish for their settlement agreement to remain private and that they do not wish for any reasonableness review of their settlement to occur. *Schneider v. Habitat for Humanity Int'l, Inc.*, No. 5:14-cv-5230-TLB, 2015 U.S. Dist. LEXIS 14679, at *7 (W.D. Ark. Feb. 5, 2015) (Brooks, J.); *see also* Order, *Marshall v. United Inv. Solutions, Inc.*, No. 4:18-cv-761-JM (E.D. Ark. Jan. 16, 2019), ECF No. 5 (dismissing case with prejudice without review based upon the parties' stipulation); *Willer v. Ark. Cty. Cty.-Op*, No. 4:17-cv-408-BSM, 2018 U.S. Dist. LEXIS 193793, at *1–2 (E.D. Ark. Nov. 14, 2018) (Miller, J.) (dismissing case without reasonableness review because three factors from Schneider were met); *Adams v. Centerfold Entm't Club, Inc.*, No. 6:17-cv-6047-SOH, 2018 U.S. Dist. LEXIS 187750, at *2–3 (W.D. Ark. Nov. 2, 2018) (Hickey, J.) (same); *Perez v. Garcia*, No. 4:16-cv-81-KGB, 2016 U.S. Dist. LEXIS 165788, at *2 (E.D. Ark. Dec. 1, 2016) (Baker, J.) (same) (citing *Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247, 256 (5th Cir. 2012)).

6.     This lawsuit is not a collective action.  While Plaintiff filed this action on behalf of others similarly situated, no other Plaintiffs joined the lawsuit. Therefore, the case is currently an individual action and is being resolved on an individual basis.

7.     Plaintiff has been represented by the Sanford Law Firm, PLLC, from the time of the filing of her Original Complaint – Class and Collective Action through the conclusion of subsequent settlement negotiations.

8.     The parties wish for their agreement to remain private and do not wish for any reasonableness review to occur.

**Page 2 of 3**
**Shonda Flournoy, et al. v. Family Dollar Services, LLC, et al.**
**U.S.D.C. (E.D. Ark.) Case No. 4:18-cv-777-BRW**
**Joint Motion to Dismiss with Prejudice**

WHEREFORE, premises considered, the parties request this Court to dismiss this case with prejudice without any award of fees or costs and grant all other necessary and proper relief.

Respectfully submitted,

**PLAINTIFF SHONDA FLOURNOY**

SANFORD LAW FIRM, PLLC
One Financial Center,
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**FAMILY DOLLAR SERVICES, LLC,
and FAMILY DOLLAR STORES OF
ARKANSAS, LLC, DEFENDANTS**

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701

Joseph R. Falasco
Ark. Bar No. 2002163
jfalasco@qgtlaw.com

**Page 3 of 3**
**Shonda Flournoy, et al. v. Family Dollar Services, LLC, et al.**
**U.S.D.C. (E.D. Ark.) Case No. 4:18-cv-777-BRW**
**Joint Motion to Dismiss with Prejudice**