IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHONDA FLOURNOY**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

4:18-CV-00777-BRW

**FAMILY DOLLAR SERVICES LLC,** *ET AL.*　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Joint Motion to Dismiss (Doc. No. 12) based on settlement is DENIED without prejudice.

Because this is an FLSA case, I would like the parties' confirmation that the negotiated the attorney's fees "were in fact negotiated separately and without regard to the plaintiff's FLSA claim, and there was no conflict of interest between the attorney and his or her client."[1]

IT IS SO ORDERED this 15th day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] *Barbee v. Big River Steel, LLC*, No. 18-2255, 2019 WL 2527594, at *2, n.1 (8th Cir. June 20, 2019).